UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 18-mj-2026 (JS) |
| v. | : | |
| ANASTACIA THOMAS | : | |

## CONTINUANCE

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Sara A. Aliabadi, Assistant United States Attorney), and defendant Anastacia Thomas (by Paul Sarmousakis, Esquire), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including July 5, 2019, to allow the parties to conduct plea negotiations; and the defendant being aware that she has the right to have the matter submitted to a grand jury within 30 days of the date of her arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through her attorney, having consented to the continuance and waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) A plea agreement has been signed by the parties, and the United States and the defendant seek additional time to schedule a guilty plea hearing, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 9th day of MAY, 2019;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through July 5, 2019; and it is further

ORDERED that the period from the date this Order is signed through July 5, 2019, shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE JOEL SCHNEIDER Ann Marie Donio
United States Magistrate Judge

Form and entry consented to:

s/Sara Aliabadi                    5/8/19
Sara A. Aliabadi                   Date
Assistant U.S. Attorney

                                   5/8/19
Fabiana Pierre-Louis               Date
Attorney-in-Charge, Camden


/s/ Paul A. Sarmousakis    05/08/20119
Paul Sarmousakis, Esquire          Date
Counsel for Defendant Anastacia Thomas